**SEALED**



1  PHILLIP A. TALBERT
   Acting United States Attorney
2  TIMOTHY H. DELGADO
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8          IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of: | CASE NO. 2:16-SW-564 EFB |
12 | USPS Priority Mail Parcel, with delivery confirmation # 9505 5123 3349 6230 0134 64, addressed to "Rush Avery 6509 Swallow View Rocklin CA 95677" | SEALING ORDER |
13 | | **UNDER SEAL** |

15

16              **SEALING ORDER**

17     Upon Motion of the United States of America and good cause having been shown,

18     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

19 SEALED until further order of this Court.

20

21 Dated: 8-24-2016

22                                    Hon. Edmund F. Brennan
                                      United States Magistrate Judge